UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

CHET MATTHEW HAYES, SR.,            Chapter 7
                                                         Case No. 16-47678-MAR
       Debtor.                                   Hon. Mark A. Randon
_____/

## Trustee's Report of Undisclosed Assets

       Pursuant to E.D. Mich. LBR 2015, the Trustee hereby reports that the Trustee, through his counsel, discovered the following undisclosed asset:

1. Debtor failed to disclose on his original Schedules A/B and amended Schedules A/B, his interest in a 1990 32 foot Trojan cabin cruiser.

This report is for informational purposes only. No response is permitted.

                                                     Respectfully Submitted,

Dated: October 4, 2016                 /s/ Charles L. Wells, III
                                                Charles L. Wells, III (P39510)
                                                The Chapter 7 Trustee
                                                903 N. Opdyke Road, Suite A1
                                                Auburn Hills, MI 48326
                                                (248) 276-0285
                                                wells903@sbcglobal.net

h:\glm other trustee\hayes, chet (wells)\report of undisclosed assets.pks.docx